UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Rasene Myton

    v.                                    Case No. 22-cv-72-SM

FCI Berlin, Warden


ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 27, 2022, for the reasons set forth therein.

The clerk of court shall enter judgment and close the case.

**So Ordered.**

_____
Steven J. McAuliffe
United States District Judge

Date: May 9, 2022

cc:   Rasene Myton, pro se